NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1283


THE MATHWORKS, INC.,

Plaintiff-Appellant,

v.

COMSOL AB and COMSOL, INC.,

Defendants-Appellees.


Gregory A. Castanias, Jones Day, of Washington, DC, argued for plaintiff-appellant.  With him on the brief were Krista S. Schwartz, of Chicago, Illinois, and Susan M. Gerber, of Cleveland, Ohio.

Thomas H. Watkins, Brown McCarroll, L.L.P., Austin, Texas, argued for defendant-appellee.  With him on the brief was Elizabeth G. Bloch.

Appealed from:  United States District Court for the Eastern District of Texas

Judge Leonard Davis

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1283

THE MATHWORKS, INC.,

Plaintiff-Appellant,

v.

COMSOL AB and COMSOL, INC.,

Defendants-Appellees.

# Judgment

ON APPEAL from the      United States District Court for the Eastern District of Texas

In CASE NO(S).      6:06-CV-334

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, LINN, and MOORE, <u>Circuit Judges</u>).

<u>**AFFIRMED.**</u> <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED <u>*November 12, 2008*</u>      <u>/s/ Jan Horbaly</u>
      *Jan Horbaly, Clerk*